IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALEB REESE**, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | **Civil Action No. 6:20-cv-01438** |
| | : | |
| v. | : | **Judge Summerhays** |
| | : | |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**, *et al.*, | : | **Magistrate Judge Whitehurst** |
| | : | |
| Defendants. | : | |
| | : | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs Louisiana Shooting Association, Second Amendment Foundation, and Firearms Policy Coalition, Inc. appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Judgment, Doc. 90, entered on January 27, 2026.

Dated: March 17, 2026

/s/ George J. Armbruster III
George J. Armbruster III
LA Bar No. 23432
Armbruster & Associates, APLC
332 E. Farrel Road, Suite D
Lafayette, LA 70508
Phone: 337-889-5511
Fax: 337-889-5512
Email: george@arm-assoc.com
Local Counsel

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 220-9600
Email: dthompson@cooperkirk.com
*Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that service of the foregoing will be accomplished via the CM/ECF system.

/s/ David H. Thompson
David H. Thompson