**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| CALEB REESE *et al.*, | ) | |
| | ) | **Civil Action No. 6:20-cv-01438** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BUREAU OF ALCOHOL, TOBACCO, | ) | |
| FIREARMS AND EXPLOSIVES *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); Daniel Driscoll, in his official capacity as Acting Director of ATF; and Pamela Bondi, in her official capacity as Attorney General of the United States[1] hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Judgment [ECF No. 90].

Dated:  March 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

  /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Daniel Driscoll and Pamela Bondi are automatically substituted for their respective predecessors, Steven Dettelbach, Director of ATF; and Merrick Garland, Attorney General of the United States.

1

Daniel.Riess@usdoj.gov
*Attorneys for Defendants*