# In the United States
# Court of Appeals for the Fifth Circuit

FIREARMS POLICY COALITION, INCORPORATED; SECOND AMENDMENT FOUNDATION; LOUISIANA SHOOTING ASSOCIATION,

*Plaintiffs-Appellants/Cross-Appellees*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; DANIEL DRISCOLL, ACTING DIRECTOR, U.S. BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; TODD WALLACE BLANCHE, ACTING U.S. ATTORNEY GENERAL,

*Defendants-Appellees/Cross-Appellants*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA, No. 6:20-cv-01438

## RECORD EXCERPTS

George J. Armbruster, III
ARMBRUSTER & ASSOCIATES,
  APLC
332 E. Farrel Road, Suite D
Lafayette, LA 70508
(337) 889-5511
george@arm-assoc.com

David H. Thompson
*Counsel of Record*
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

*Counsel for Plaintiffs-Appellants*

# TABLE OF CONTENTS

**Tab #**                                                                                                                          **ROA**

1.    District Court Docket Sheet ............................................................. ROA.1

2.    Judgment ...................................................................................... ROA.1278

3.    Plaintiffs' Notice of Appeal.......................................................... ROA.1280

4.    Defendants' Notice of Appeal ...................................................... ROA.1282

5.    Certificate of Service

TAB 1

# U.S. District Court
## Western District of Louisiana (Lafayette)
## CIVIL DOCKET FOR CASE #: 6:20-cv-01438-RRS-CBW
## Internal Use Only

| | |
|---|---|
| Reese et al v. Bureau of Alcohol Tobacco Firearms & Explosives et al | Date Filed: 11/06/2020 |
| | Date Terminated: 10/07/2025 |
| Assigned to: Judge Robert R Summerhays | Jury Demand: None |
| Referred to: Magistrate Judge Carol B Whitehurst | Nature of Suit: 440 Civil Rights: Other |
| Case in other court:  5CCA, 23-30033 | Jurisdiction: U.S. Government Defendant |
|               5CCA, 26-30154 | |

Cause: 18:0922 Brady Handgun Control Act

**Plaintiff**

**Caleb Reese**                                 represented by   **George J Armbruster , III**
Armbruster & Assoc
332 E Farrel Rd Ste D
Lafayette, LA 70508
337-889-5511
Fax: 337-869-5512
Email: george@arm-assoc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kraut**
Second Amendment Foundation
12500 N E Tenth Place
Bellevue, WA 98005
800-426-4302
Email: akraut@saf.org
*TERMINATED: 08/17/2022*
*PRO HAC VICE*

**David H Thompson**
Cooper & Kirk
1523 New Hampshire Ave N W
Washington, DC 20036
202-220-9600
Email: dthompson@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Dillon**
Dillon Law Group
2647 Gateway Rd Ste 105 No 255
Carlsbad, CA 92009
760-642-7150

Email: jdillon@dillonlawgp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph G S Greenlee**
FPC Action Foundation
5550 Painted Mirage Rd Ste 320
Las Vegas, NV 89149
916-517-1665
Email: jgreenlee@nrahq.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**
Cooper & Kirk
1523 New Hampshire Ave N W
Washington, DC 20036
202-220-9600
Email: ppatterson@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Mark DiGuiseppe**
DiGuiseppe Law Firm
116 N Howe St Ste A
Southport, NC 28461
910-713-8804
Fax: 910-672-7705
Email: law.rmd@gmail.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William V Bergstrom**
Cooper & Kirk
1523 New Hampshire Ave N W
Washington, DC 20036
202-220-9622
Email: wbergstrom@cooperkirk.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Granich**<br>*TERMINATED: 06/14/2021* | represented by | **George J Armbruster , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Adam Kraut**<br>(See above for address)<br>*TERMINATED: 08/17/2022*<br>*PRO HAC VICE* |
| | | **John William Dillon** |

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph G S Greenlee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Mark DiGuiseppe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Firearms Policy Coalition Inc**                    represented by    **George J Armbruster , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kraut**
(See above for address)
*TERMINATED: 08/17/2022*
*PRO HAC VICE*

**David H Thompson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Dillon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph G S Greenlee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Mark DiGuiseppe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William V Bergstrom**
(See above for address)
*PRO HAC VICE*

26-30154.3

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Second Amendment Foundation**                    represented by    **George J Armbruster , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kraut**
(See above for address)
*TERMINATED: 08/17/2022*
*PRO HAC VICE*

**David H Thompson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Dillon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph G S Greenlee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Mark DiGuiseppe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William V Bergstrom**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louisiana Shooting Association**                    represented by    **George J Armbruster , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kraut**
(See above for address)
*TERMINATED: 08/17/2022*

*PRO HAC VICE*

**David H Thompson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Dillon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph G S Greenlee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Mark DiGuiseppe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William V Bergstrom**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Naquin**                    represented by    **George J Armbruster , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Kraut**
(See above for address)
*TERMINATED: 08/17/2022*
*PRO HAC VICE*

**David H Thompson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John William Dillon**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph G S Greenlee**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Raymond Mark DiGuiseppe**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William V Bergstrom**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Bureau of Alcohol Tobacco Firearms & Explosives** | represented by | **Daniel Riess**<br>U S Dept of Justice (L St)<br>1100 L Street NW<br>Washington, DC 20005<br>202-353-3098<br>Email: daniel.riess@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Regina Lombardo**<br>*In her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives* | represented by | **Daniel Riess**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **William P Barr**<br>*In his official capacity as Attorney General of the United States*<br>*TERMINATED: 04/15/2021* | represented by | **Daniel Riess**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Merrick Garland**<br>*in his official capacity*<br>*on behalf of*<br>U S Attorney General | represented by | **Daniel Riess**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Giffords Law Center to Prevent Gun Violence** | represented by | **Timothy R W Kappel**<br>Wells & Kappel<br>1615 Poydras St Ste 900<br>New Orleans, LA 70112<br>504-905-2012<br>Email: tkappel@wellskappel.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Email to Active Attorneys' Primary Addresses
Email to All Attorneys' Primary Addresses
Email to Casewide NEF Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2020 | 1 (p.20) | COMPLAINT against Bureau of Alcohol Tobacco Firearms and Explosives, Regina Lombardo, William P Barr (Filing fee $400, receipt number ALAWDC-4457414) filed by Caleb Reese, Joseph Granich, Firearms Policy Coalition Inc, Second Amendment Foundation, Louisiana Shooting Association. (Attachments: # 1 (p.20) Civil cover sheet - See Doc 2 (p.44) )(Attorney George J Armbruster, III added to party Caleb Reese(pty:pla))(aty,Armbruster, George) Modified on 11/6/2020 to add filers and modify docket text (Miletello, A). (Attachment 1 replaced on 1/10/2023) (WalkerSld, B). Modified on 1/10/2023, to saved pdf to a non-editable form - note pdf contained no information, filing was blank. (WalkerSld, B). (Entered: 11/06/2020), (QC'ed on 11/09/2020, by Miletello , A) |
| 11/06/2020 | 2 (p.44) | CIVIL COVER SHEET by Caleb Reese. (aty,Armbruster, George) (Entered: 11/06/2020), (QC'ed on 11/09/2020, by Miletello , A) |
| 11/06/2020 | | CASE Assigned to Judge Robert R Summerhays and Magistrate Judge Carol B Whitehurst. (crt,Miletello, A) (Entered: 11/09/2020) |
| 11/09/2020 | 3 (p.46) | SUMMONS ISSUED as to U S Attorney, U S Attorney General, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo. (crt,Miletello, A) (Entered: 11/09/2020) |
| 12/08/2020 | 4 (p.55) | MOTION for Adam Kraut to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-4495977) by Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association, Caleb Reese, Second Amendment Foundation. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 12/8/2020. (Attachments: # 1 (p.20) Certificate of good standing, # 2 (p.44) Proposed order)(aty,Armbruster, George) (Entered: 12/08/2020), (QC'ed on 12/09/2020, by Miletello , A) |
| 12/08/2020 | 5 (p.59) | MOTION for Joseph G.S. Greenlee to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-4496040) by Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association, Caleb Reese, Second Amendment Foundation. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 12/8/2020. (Attachments: # 1 (p.20) Certificate of good standing, # 2 (p.44) Proposed order)(aty,Armbruster, George) (Entered: 12/08/2020), (QC'ed on 12/09/2020, by Miletello , A) |
| 12/08/2020 | 6 (p.63) | MOTION for John Dillon to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-4496092) by Firearms Policy Coalition Inc, Joseph Granich, |

26-30154.7

| | | |
|---|---|---|
| | | Louisiana Shooting Association, Caleb Reese, Second Amendment Foundation. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 12/8/2020. (Attachments: # 1 (p.20) Certificate of good standing, # 2 (p.44) Proposed order)(aty,Armbruster, George) (Entered: 12/08/2020), (QC'ed on 12/09/2020, by Miletello , A) |
| 12/08/2020 | 7 (p.67) | MOTION for Raymond DiGuiseppe to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-4496136) by Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association, Caleb Reese, Second Amendment Foundation. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 12/8/2020. (Attachments: # 1 (p.20) Certificate of good standing, # 2 (p.44) Proposed order)(aty,Armbruster, George) (Entered: 12/08/2020), (QC'ed on 12/09/2020, by Miletello , A) |
| 12/09/2020 | 8 (p.71) | ORDER granting 4 (p.55) Motion to Appear Pro Hac Vice for appearance of Adam Kraut for Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association, Caleb Reese, Second Amendment Foundation. Signed by Magistrate Judge Carol B Whitehurst on 12/9/2020. (crt,Miletello, A) (Entered: 12/09/2020) |
| 12/09/2020 | 9 (p.72) | ORDER granting 5 (p.59) Motion to Appear Pro Hac Vice for appearance of Joseph G S Greenlee for Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association, Caleb Reese, Second Amendment Foundation. Signed by Magistrate Judge Carol B Whitehurst on 12/9/2020. (crt,Miletello, A) (Entered: 12/09/2020) |
| 12/09/2020 | 10 (p.73) | ORDER granting 6 (p.63) Motion to Appear Pro Hac Vice for appearance of John Dillon for Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association, Caleb Reese, Second Amendment Foundation. Signed by Magistrate Judge Carol B Whitehurst on 12/9/2020. (crt,Miletello, A) (Entered: 12/09/2020) |
| 12/09/2020 | 11 (p.74) | ORDER granting 7 (p.67) Motion to Appear Pro Hac Vice for appearance of Raymond DiGuiseppe for Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association, Caleb Reese, Second Amendment Foundation. Signed by Magistrate Judge Carol B Whitehurst on 12/9/2020. (crt,Miletello, A) (Entered: 12/09/2020) |
| 03/09/2021 | 12 (p.75) | AFFIDAVIT of Service served on Bureau of Alcohol Tobacco Firearms & Explosives; Regina Lombardo on 02/05/2021, filed by Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association, Caleb Reese, Second Amendment Foundation. (Attachments: # 1 (p.20) Exhibit A)(aty,Armbruster, George) Modified on 3/9/2021 to modify docket text (Miletello, A). (Entered: 03/09/2021), (QC'ed on 03/09/2021, by Miletello , A) |
| 03/09/2021 | 13 (p.81) | AFFIDAVIT of Service served on William P Barr on 02/05/2021, filed by Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association, Caleb Reese, Second Amendment Foundation. (Attachments: # 1 (p.20) Exhibit A)(aty,Armbruster, George) Modified on 3/9/2021 to modify docket text (Miletello, A). (Entered: 03/09/2021), (QC'ed on 03/09/2021, by Miletello , A) |
| 03/09/2021 | 13 | SUMMONS Returned Executed by Second Amendment Foundation, Caleb Reese, Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association. William P Barr, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo served on 2/5/2021, answer due 4/6/2021. ADMINISTRATIVE ENTRY to capture correct filing event and answer due date. (crt,Miletello, A) Modified on 3/9/2021 to assign document number (Miletello, A). (Entered: 03/09/2021) |
| 03/31/2021 | 14 (p.87) | |

26-30154.8

| | | NOTICE of Appearance by Daniel Riess on behalf of William P Barr, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo (Attorney Daniel Riess added to party William P Barr(pty:dft), Attorney Daniel Riess added to party Bureau of Alcohol Tobacco Firearms & Explosives(pty:dft), Attorney Daniel Riess added to party Regina Lombardo(pty:dft)) (aty,Riess, Daniel) (Entered: 03/31/2021), (QC'ed on 03/31/2021, by Miletello , A) |
|---|---|---|
| 03/31/2021 | 15 (p.89) | Unopposed MOTION for Extension of Time to File Answer re 1 (p.20) Complaint by William P Barr, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 3/31/2021. (Attachments: # 1 (p.20) Proposed order)(aty,Riess, Daniel) Modified on 3/31/2021 to create docket entry relationship and modify docket text (Miletello, A). (Entered: 03/31/2021), (QC'ed on 03/31/2021, by Miletello , A) |
| 04/01/2021 | 16 (p.92) | ORDER granting 15 (p.89) Motion for Extension of Time to Answer re 1 (p.20) Complaint. William P Barr answer due 4/15/2021; Bureau of Alcohol Tobacco Firearms & Explosives answer due 4/15/2021; Regina Lombardo answer due 4/15/2021. Signed by Magistrate Judge Carol B Whitehurst on 4/1/2021. (crt,Miletello, A) (Entered: 04/01/2021) |
| 04/14/2021 | 17 (p.93) | DEFICIENT. Unopposed MOTION for Leave to File Excess Pages by William P Barr, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 4/14/2021. (Attachments: # 1 (p.20) Text of proposed order)(aty,Riess, Daniel) Modified on 4/14/2021 to indicate deficient (Miletello, A). Modified on 4/16/2021 to indicate resubmitted as document 20 (p.121) (Miletello, A). (Entered: 04/14/2021), (QC'ed on 04/14/2021, by Miletello , A) |
| 04/14/2021 | 18 (p.96) | NOTICE of Deficiency to Daniel Riess on behalf of William P Barr, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo regarding 17 (p.93) Unopposed MOTION for Leave to File Excess Pages. Reason: A motion for leave to file must be accompanied by the proposed pleading. The court will not act on such a motion without reviewing the document sought to be filed. (crt,Miletello, A) (Entered: 04/14/2021) |
| 04/15/2021 | 19 (p.97) | *WITHDRAWN* MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment by Merrick Garland, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo. (Attachments: # 1 (p.20) Exhibit 1, # 2 (p.44) Exhibit 2, # 3 (p.46) Statement of material facts)(aty,Riess, Daniel) (Attachment 2 replaced on 4/16/2021) (Miletello, A). Modified on 4/16/2021 to modify filer (Miletello, A). Modified on 5/10/2021 to indicate withdrawn, see 31 (p.346) Order (Miletello, A). (Entered: 04/15/2021), (QC'ed on 04/16/2021, by Miletello , A) |
| 04/15/2021 | 20 (p.121) | MOTION for Leave to Exceed Page Limits filed by William P Barr, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo. (Attachments: # 1 (p.20) Proposed order, # 2 (p.44) Proposed pleading)(aty,Riess, Daniel) Modified on 4/16/2021 to capture motion event and modify docket text (Miletello, A). (Entered: 04/15/2021), (QC'ed on 04/16/2021, by Miletello , A) |
| 04/15/2021 | | (Court only) ***Motions terminated: 17 (p.93) Unopposed MOTION for Leave to File Excess Pages filed by Regina Lombardo, Bureau of Alcohol Tobacco Firearms & Explosives, William P Barr. Reason for termination: Resubmitted at Document 20 (p.121) . Set Deadlines as to 20 (p.121) MOTION for Leave to Exceed Page Limits.(Motion Ripe Deadline set for 4/15/2021.) (crt,Miletello, A) (Entered: |

| | | |
|---|---|---|
| | | 04/16/2021) |
| 04/15/2021 | | (Court only) ***Party Merrick Garland added. Party William P Barr (In his official capacity as Attorney General of the United States) terminated. See 19 (p.97) Motion to Dismiss. (crt,Miletello, A) (Entered: 04/16/2021) |
| 04/16/2021 | 21 (p.158) | ORDER granting 20 (p.121) Motion for Leave to Exceed Page Limits. Signed by Judge Robert R Summerhays on 4/16/2021. (crt,Miletello, A) (Entered: 04/16/2021) |
| 04/16/2021 | 22 (p.159) | *WITHDRAWN* MEMORANDUM in Support re 19 (p.97) MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment filed by Merrick Garland, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo. (crt,Miletello, A) Modified on 5/10/2021 to indicate as withdrawn, see 31 (p.346) Order (Miletello, A). (Entered: 04/16/2021) |
| 04/16/2021 | 23 (p.193) | NOTICE of Motion Setting regarding: 19 (p.97) MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment. Motions referred to Judge Robert R Summerhays. (crt,Miletello, A) (Entered: 04/16/2021) |
| 04/22/2021 | 24 (p.194) | NOTICE of Appearance by Timothy R W Kappel on behalf of Giffords Law Center to Prevent Gun Violence (Attorney Timothy R W Kappel added to party Giffords Law Center to Prevent Gun Violence(pty:am)) (aty,Kappel, Timothy) (Entered: 04/22/2021), (QC'ed on 04/22/2021, by Miletello , A) |
| 04/22/2021 | 25 (p.195) | Unopposed MOTION for Leave to File Amicus Curiae Brief by Giffords Law Center to Prevent Gun Violence. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 4/22/2021. (Attachments: # 1 (p.20) Memorandum / Brief in Support of Motion for Leave to File, # 2 (p.44) Proposed Amicus Brief, # 3 (p.46) Declaration of Timothy R.W. Kappel, # 4 (p.55) Exhibit 1 to Kappel Declaration, # 5 (p.59) Exhibit 2 to Kappel Declaration, # 6 (p.63) Exhibit 3 to Kappel Declaration, # 7 (p.67) Exhibit 4 to Kappel Declaration, # 8 (p.71) Exhibit 5 to Kappel Declaration)(aty,Kappel, Timothy) Modified on 4/23/2021 to indicate 26 (p.284) Proposed order submitted as separate document and modify docket text (Miletello, A). (Entered: 04/22/2021), (QC'ed on 04/23/2021, by Miletello , A) |
| 04/23/2021 | 26 (p.284) | PROPOSED ORDER re 25 (p.195) Motion for Leave to File by Giffords Law Center to Prevent Gun Violence. (aty,Kappel, Timothy) Modified on 4/23/2021 to modify docket text (Miletello, A). (Entered: 04/23/2021), (QC'ed on 04/23/2021, by Miletello , A) |
| 04/26/2021 | 27 (p.285) | ORDER granting 25 (p.195) Motion for Leave to File Amicus Curiae Brief. Signed by Magistrate Judge Carol B Whitehurst on 4/26/2021. (crt,Miletello, A) (Entered: 04/26/2021) |
| 04/26/2021 | 28 (p.286) | AMICUS CURIAE Brief re 19 (p.97) MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment filed by Giffords Law Center to Prevent Gun Violence. (crt,Miletello, A) (Entered: 04/26/2021) |
| 05/05/2021 | 29 (p.318) | AMENDED COMPLAINT against Bureau of Alcohol Tobacco Firearms & Explosives, Firearms Policy Coalition Inc, Merrick Garland, Regina Lombardo filed by Second Amendment Foundation, Caleb Reese, Joseph Granich, Louisiana Shooting Association, Emily Naquin.(aty,Armbruster, George) Modified on 5/5/2021 to add filer and modify docket text (Miletello, A). (Entered: 05/05/2021), |

| | | |
|---|---|---|
| | | (QC'ed on 05/05/2021, by Miletello , A) |
| 05/05/2021 | | (Court only) ***Party Emily Naquin added as plaintiff. See 29 (p.318) Amended Complaint. (crt,Miletello, A) (Entered: 05/05/2021) |
| 05/06/2021 | 30 (p.343) | Unopposed MOTION to Withdraw 19 (p.97) MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim MOTION for Summary Judgment, MOTION for Extension of Time to File Answer re 29 (p.318) Amended Complaint, with consent (Motion Ripe Deadline set for 5/6/2021.) by Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo. Motions referred to Carol B Whitehurst. (Attachments: # 1 (p.20) Text of proposed order)(aty,Riess, Daniel) Modified on 5/7/2021 to modify docket text (Miletello, A). (Entered: 05/06/2021), (QC'ed on 05/07/2021, by Miletello , A) |
| 05/06/2021 | | Motions Transferred regarding 30 (p.343) Unopposed MOTION to Withdraw 19 (p.97) MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim MOTION for Summary Judgment MOTION for Extension of Time to File Answer re 29 (p.318) Amended Complaint. Motions referred to Judge Robert R Summerhays. (crt,Miletello, A) (Entered: 05/07/2021) |
| 05/10/2021 | 31 (p.346) | ORDER granting 30 (p.343) Motion to Withdraw 19 (p.97) MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment, 22 (p.159) Memorandum in Support of Motion; It is further ORDERED that Defendants shall file a response to 29 (p.318) Plaintiffs amended complaint on or before 5/27/2021. Signed by Judge Robert R Summerhays on 5/10/2021. (crt,Miletello, A) (Entered: 05/10/2021) |
| 05/10/2021 | | (Court only) ***Motions terminated: 19 (p.97) MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment filed by Merrick Garland, Regina Lombardo, Bureau of Alcohol Tobacco Firearms & Explosives. Reason for termination: Motion terminated per 31 (p.346) Order. (crt,Miletello, A) (Entered: 05/10/2021) |
| 05/27/2021 | 32 (p.347) | MOTION to Dismiss for Lack of Jurisdiction , MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment by Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo. (Attachments: # 1 (p.20) Exhibit 1, # 2 (p.44) Exhibit 2, # 3 (p.46) Exhibit 3, # 4 (p.55) Exhibit 4, # 5 (p.59) Statement of material facts)(aty,Riess, Daniel) Modified docket text on 5/28/2021 (Miletello, A). (Entered: 05/27/2021), (QC'ed on 06/01/2021, by Miletello , A) |
| 05/27/2021 | 33 (p.380) | Unopposed MOTION for Leave to File Excess Pages by Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 5/27/2021. (Attachments: # 1 (p.20) Proposed pleading, # 2 (p.44) Proposed order)(aty,Riess, Daniel) (Entered: 05/27/2021), (QC'ed on 05/28/2021, by Miletello , A) |
| 05/28/2021 | | Motions Transferred regarding 33 (p.380) Unopposed MOTION for Leave to File Excess Pages . Motions referred to Judge Robert R Summerhays. (crt,Miletello, A) (Entered: 05/28/2021) |
| 05/28/2021 | 34 (p.419) | ORDER granting 33 (p.380) Motion for Leave to File Excess Pages. Signed by Judge Robert R Summerhays on 5/28/2021. (crt,Keifer, K) (Entered: 05/28/2021) |
| 05/28/2021 | 35 (p.420) | MEMORANDUM in Support re 32 (p.347) MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim MOTION for |

| | | |
|---|---|---|
| | | Summary Judgment filed by Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo. (crt,Keifer, K) (Entered: 05/28/2021) |
| 06/01/2021 | 36 (p.456) | NOTICE of Motion Setting regarding: 32 (p.347) MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment. Motions referred to Judge Robert R Summerhays. (crt,Miletello, A) (Entered: 06/01/2021) |
| 06/03/2021 | 37 (p.457) | NOTICE of Change of Address by Timothy R W Kappel (aty,Kappel, Timothy) (Entered: 06/03/2021), (QC'ed on 06/03/2021, by Miletello , A) |
| 06/03/2021 | 38 (p.459) | Unopposed MOTION for Leave to File Amicus Curiae Brief by Giffords Law Center to Prevent Gun Violence. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 6/3/2021. (Attachments: # 1 (p.20) Memorandum / Brief in Support of Motion for Leave to File, # 2 (p.44) Proposed Amicus Brief, # 3 (p.46) Declaration of Timothy R.W. Kappel, # 4 (p.55) Exhibit 1 to Kappel Declaration, # 5 (p.59) Exhibit 2 to Kappel Declaration, # 6 (p.63) Exhibit 3 to Kappel Declaration, # 7 (p.67) Exhibit 4 to Kappel Declaration, # 8 (p.71) Exhibit 5 to Kappel Declaration, # 9 (p.72) Exhibit 6 to Kappel Declaration, # 10 (p.73) Proposed order)(aty,Kappel, Timothy) Modified docket text on 6/3/2021 (Miletello, A). (Entered: 06/03/2021), (QC'ed on 06/03/2021, by Miletello , A) |
| 06/03/2021 | | Motions Transferred regarding 38 (p.459) Unopposed MOTION for Leave to File Amicus Curiae Brief. Motions referred to Judge Robert R Summerhays. (crt,Miletello, A) (Entered: 06/03/2021) |
| 06/04/2021 | 39 (p.589) | ORDER granting 38 (p.459) Motion for Leave to File Amicus Curiae Brief. Signed by Judge Robert R Summerhays on 6/4/2021. (crt,Miletello, A) (Entered: 06/04/2021) |
| 06/04/2021 | 40 (p.590) | AMICUS CURIAE Brief re 32 (p.347) MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment filed by Giffords Law Center to Prevent Gun Violence. (crt,Miletello, A) (Entered: 06/04/2021) |
| 06/10/2021 | 41 (p.624) | VOLUNTARY MOTION to Dismiss Joseph Granich's claims by Joseph Granich. Motion Ripe Deadline set for 6/10/2021. (Attachments: # 1 (p.20) Proposed order)(aty,Armbruster, George) Modified docket text on 6/10/2021 (Miletello, A). (Entered: 06/10/2021), (QC'ed on 06/10/2021, by Miletello , A) |
| 06/14/2021 | 42 (p.626) | MOTION for William Bergstrom to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-4705391) by Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation, Firearms Policy Coalition Inc. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 6/14/2021. (Attachments: # 1 (p.20) Certificate of good standing, # 2 (p.44) Proposed order)(aty,Armbruster, George) Modified on 6/14/2021 to modify filers and docket text (Miletello, A). (Entered: 06/14/2021), (QC'ed on 06/14/2021, by Miletello , A) |
| 06/14/2021 | 43 (p.630) | MOTION for Peter A. Patterson to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-4705440) by Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation, Firearms Policy Coalition Inc. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 6/14/2021. (Attachments: # 1 (p.20) Certificate of good standing, # 2 (p.44) Proposed order)(aty,Armbruster, George) Modified filers on 6/14/2021 (Miletello, A). (Entered: 06/14/2021), (QC'ed on 06/14/2021, by Miletello , A) |

| | | |
|---|---|---|
| 06/14/2021 | 44 (p.634) | ORDER granting 41 (p.624) VOLUNTARY MOTION to Dismiss Joseph Granich's claims against Defendants. Signed by Judge Robert R Summerhays on 6/14/2021. (crt,Miletello, A) (Entered: 06/14/2021) |
| 06/14/2021 | 45 (p.635) | MOTION for David H. Thompson to Appear Pro Hac Vice (Admission fee: $105, receipt number ALAWDC-4705476) by Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation, Firearms Policy Coalition Inc. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 6/14/2021. (Attachments: # 1 (p.20) Certificate of good standing, # 2 (p.44) Proposed order)(aty,Armbruster, George) Modified on 6/14/2021 to add filer and modify docket text (Miletello, A). (Entered: 06/14/2021), (QC'ed on 06/14/2021, by Miletello , A) |
| 06/15/2021 | 46 (p.639) | ORDER granting 42 (p.626) Motion to Appear Pro Hac Vice for appearance of William V Bergstrom for Firearms Policy Coalition Inc, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation. Signed by Magistrate Judge Carol B Whitehurst on 6/15/2021. (crt,Miletello, A) (Entered: 06/15/2021) |
| 06/15/2021 | 47 (p.640) | ORDER granting 43 (p.630) Motion to Appear Pro Hac Vice for appearance of Peter A Patterson for Firearms Policy Coalition Inc, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation. Signed by Magistrate Judge Carol B Whitehurst on 6/15/2021. (crt,Miletello, A) (Entered: 06/15/2021) |
| 06/15/2021 | 48 (p.641) | ORDER granting 45 (p.635) Motion to Appear Pro Hac Vice for appearance of David H Thompson for Firearms Policy Coalition Inc, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation. Signed by Magistrate Judge Carol B Whitehurst on 6/15/2021. (crt,Miletello, A) (Entered: 06/15/2021) |
| 06/17/2021 | 49 (p.642) | MOTION for Partial Summary Judgment by Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation, Firearms Policy Coalition Inc. (Attachments: # 1 (p.20) Statement of material facts, # 2 (p.44) Memorandum/Brief, # 3 (p.46) Appendix)(aty,Armbruster, George) Modified on 6/17/2021 to add filer and modify docket text (Miletello, A). (Entered: 06/17/2021), (QC'ed on 06/17/2021, by Miletello , A) |
| 06/17/2021 | 50 (p.694) | MEMORANDUM in Opposition re 32 (p.347) MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim MOTION for Summary Judgment filed by Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation, Firearms Policy Coalition Inc. (Attachments: # 1 (p.20) Appendix)(aty,Armbruster, George) Modified on 6/17/2021 to indicate 51 (p.741) Response to Statement of Material Facts submitted separately and add filer (Miletello, A). (Entered: 06/17/2021), (QC'ed on 06/17/2021, by Miletello , A) |
| 06/17/2021 | 51 (p.741) | RESPONSE to Statement of Material Facts re 32 (p.347) MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim MOTION for Summary Judgment filed by Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation, Firearms Policy Coalition Inc. (aty,Armbruster, George) Modified on 6/17/2021 to more accurately described document submitted and add filer (Miletello, A). (Entered: 06/17/2021), (QC'ed on 06/17/2021, by Miletello , A) |
| 06/17/2021 | | |

| | | |
|---|---|---|
| | 52 (p.744) | NOTICE of Motion Setting regarding: 49 (p.642) MOTION for Partial Summary Judgment. Motions referred to Judge Robert R Summerhays. (crt,Miletello, A) (Entered: 06/17/2021) |
| 06/24/2021 | 53 (p.745) | MOTION for Extension of Time to File Response/Reply as to 49 (p.642) MOTION for Partial Summary Judgment, 32 (p.347) MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment with consent by Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 6/24/2021. (Attachments: # 1 (p.20) Proposed order)(aty,Riess, Daniel) Modified docket text on 6/25/2021 (Miletello, A). (Entered: 06/24/2021), (QC'ed on 06/25/2021, by Miletello , A) |
| 06/25/2021 | | Motions Transferred regarding 53 (p.745) MOTION for Extension of Time to File Response/Reply as to 49 (p.642) MOTION for Partial Summary Judgment, 32 (p.347) MOTION to Dismiss for Lack of Jurisdiction, MOTION to Dismiss For Failure to State a Claim, MOTION for Summary Judgment. Motions referred to Judge Robert R Summerhays. (crt,Miletello, A) (Entered: 06/25/2021) |
| 06/25/2021 | 54 (p.748) | ORDER granting 53 (p.745) Motion for Extension of Time to File Response/Reply re 32 (p.347) MOTION for Summary Judgment, 49 (p.642) MOTION for Partial Summary Judgment . Responses/Replies due by 7/16/2021. Signed by Judge Robert R Summerhays on 6/25/2021. (crt,Taylor, L) (Entered: 06/25/2021) |
| 07/16/2021 | 55 (p.749) | REPLY to Response to Motion re 32 (p.347) MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim MOTION for Summary Judgment filed by Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo. (Attachments: # 1 (p.20) Exhibit 1, # 2 (p.44) Exhibit 2, # 3 (p.46) Response to Statement of Facts)(aty,Riess, Daniel) (Entered: 07/16/2021), (QC'ed on 07/19/2021, by Miletello , A) |
| 07/16/2021 | 56 (p.788) | MEMORANDUM in Opposition re 49 (p.642) MOTION for Partial Summary Judgment filed by Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo. (Attachments: # 1 (p.20) Exhibit 1, # 2 (p.44) Exhibit 2, # 3 (p.46) Response to Statement of Facts)(aty,Riess, Daniel) (Entered: 07/16/2021), (QC'ed on 07/19/2021, by Miletello , A) |
| 07/20/2021 | 57 (p.827) | Unopposed MOTION for Extension of Time to File Reply as to 49 (p.642) MOTION for Partial Summary Judgment by Firearms Policy Coalition Inc, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 7/20/2021. (Attachments: # 1 (p.20) Proposed order)(aty,Thompson, David) Modified docket text on 7/20/2021 (Miletello, A). (Entered: 07/20/2021), (QC'ed on 07/20/2021, by Miletello , A) |
| 07/20/2021 | | Motions Transferred regarding 57 (p.827) Unopposed MOTION for Extension of Time to File Reply as to 49 (p.642) MOTION for Partial Summary Judgment. Motions referred to Judge Robert R Summerhays. (crt,Miletello, A) (Entered: 07/20/2021) |
| 07/21/2021 | 58 (p.831) | ORDER granting 57 (p.827) Motion for Extension of Time to File Reply re 49 (p.642) MOTION for Partial Summary Judgment. Replies due by 8/13/2021. Signed by Judge Robert R Summerhays on 7/21/2021. (crt,Miletello, A) (Entered: 07/21/2021) |
| 08/13/2021 | | |

26-30154.14

| | | |
|---|---|---|
| | 59 (p.832) | REPLY to Response to Motion re 49 (p.642) MOTION for Partial Summary Judgment filed by Firearms Policy Coalition Inc, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation. (aty,Thompson, David) (Entered: 08/13/2021), (QC'ed on 08/13/2021, by Miletello , A) |
| 06/01/2022 | 60 (p.844) | NOTICE of Supplemental Authority re 49 (p.642) Motion for Partial Summary Judgment by Firearms Policy Coalition Inc, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation (Attachments: # 1 (p.20) Exhibit Jones v. Bonta Opinion)(aty,Thompson, David) Modified on 6/1/2022 to create docket entry relationship (Miletello, A). (Entered: 06/01/2022), (QC'ed on 06/01/2022, by Miletello , A) |
| 06/01/2022 | 61 (p.987) | RESPONSE to 60 (p.844) Notice of Supplemental Authority re 49 (p.642) Motion for Partial Summary Judgment by Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo. (aty,Riess, Daniel) Modified on 6/1/2022 to create docket entry relationship and modify docket text (Miletello, A). (Entered: 06/01/2022), (QC'ed on 06/01/2022, by Miletello , A) |
| 07/05/2022 | 62 (p.989) | NOTICE of Supplemental Authority re 49 (p.642) MOTION for Partial Summary Judgment by Firearms Policy Coalition Inc, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation (Attachments: # 1 (p.20) Exhibit NYSRPA v. Bruen)(aty,Thompson, David) Modified docket text on 7/5/2022 (Miletello, A). (Entered: 07/05/2022), (QC'ed on 07/05/2022, by Miletello , A) |
| 07/08/2022 | 63 (p.1128) | RESPONSE re 62 (p.989) Notice of Supplemental Authority re 49 (p.642) MOTION for Partial Summary Judgment by William P Barr, Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo. (aty,Riess, Daniel) Modified on 7/8/2022 to create docket entry relationship and modify docket text (Miletello, A). (Entered: 07/08/2022), (QC'ed on 07/08/2022, by Miletello , A) |
| 08/16/2022 | 64 (p.1131) | MOTION to Withdraw Adam Kraut as Attorney by Firearms Policy Coalition Inc, Joseph Granich, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 8/16/2022. (Attachments: # 1 (p.20) Proposed order)(aty,Kraut, Adam) (Entered: 08/16/2022), (QC'ed on 08/16/2022, by Miletello , A) |
| 08/17/2022 | 65 (p.1135) | ORDER granting 64 (p.1131) Motion to Withdraw as Attorney. Attorney Adam Kraut terminated. Signed by Magistrate Judge Carol B Whitehurst on 8/17/2022. (crt,Miletello, A) (Entered: 08/17/2022) |
| 12/21/2022 | 66 (p.1136) | MEMORANDUM RULING re 49 (p.642) MOTION for Partial Summary Judgment filed by Firearms Policy Coalition Inc, Emily Naquin, Louisiana Shooting Association, Second Amendment Foundation, Caleb Reese, 32 (p.347) MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss For Failure to State a Claim MOTION for Summary Judgment filed by Merrick Garland, Regina Lombardo, Bureau of Alcohol Tobacco Firearms & Explosives. Signed by Judge Robert R Summerhays on 12/21/2022. (crt,Craig-Fontenot, C) (Entered: 12/22/2022) |
| 12/21/2022 | 67 (p.1158) | ORDER granting in part and denying in part 32 (p.347) Motion for Summary Judgment; denying 49 (p.642) Motion for Partial Summary Judgment. This suit is DISMISSED WITH PREJUDICE. Signed by Judge Robert R Summerhays on 12/21/2022. (crt,Craig-Fontenot, C) (Entered: 12/22/2022) |
| 01/10/2023 | | |

| | | |
|---|---|---|
| | 68 (p.1159) | NOTICE OF APPEAL as to 67 (p.1158) Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion to Dismiss for Failure to State a Claim, Order on Motion for Summary Judgment, Order on Motion for Partial Summary Judgment by Firearms Policy Coalition Inc, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation. (Filing fee $505, receipt number ALAWDC-5420387) (aty,Thompson, David) (Entered: 01/10/2023), (QC'ed on 01/10/2023, by WalkerSld , B) |
| 01/18/2023 | | USCA Case Number 23-30033 for 68 (p.1159) Notice of Appeal, filed by Firearms Policy Coalition Inc, Emily Naquin, Louisiana Shooting Association, Second Amendment Foundation, Caleb Reese. (crt,WalkerSld, B) (Entered: 01/19/2023) |
| 01/18/2023 | | Set Deadline for Clerk re 68 (p.1159) Notice of Appeal: Certify Appeal Record (23-30033) by Clerk to COA 2/2/2023. (crt,WalkerSld, B) (Entered: 01/19/2023) |
| 01/31/2023 | | ELECTRONICALLY CERTIFIED Record on Appeal to US Court of Appeals re 68 (p.1159) Notice of Appeal, is now available to Appellate Counsel via the 5th Circuit Court of Appeals website. See Instructions for Access and Use of the Electronic Record Download Feature of CM/ECF by clicking here. If you do not have access to the Electronic Download Feature of CM/ECF, please submit your request for the certified record on appeal to the District Court. (crt,WalkerSld, B) (Entered: 01/31/2023) |
| 01/30/2024 | 69 (p.1162) | MEMORANDUM ORDER of USCA as to 68 (p.1159) Notice of Appeal, filed by Firearms Policy Coalition Inc, Emily Naquin, Louisiana Shooting Association, Second Amendment Foundation, Caleb Reese that Appellants' motion to supplement the record with the Declaration of Christian Michael Broussard is GRANTED (Attachments: # 1 (p.20) USCA Cover Letter, # 2 (p.44) USCA Motion to Supplement, # 3 (p.46) USCA Supplemental Declaration of Christian Michael Broussard)(crt,WalkerSld, B) (Entered: 01/30/2024) |
| 02/15/2024 | | ELECTRONICALLY CERTIFIED SUPPLEMENTAL Record on Appeal to US Court of Appeals re 68 (p.1159) Notice of Appeal, is now available to Appellate Counsel via the 5th Circuit Court of Appeals website. See Instructions for Access and Use of the Electronic Record Download Feature of CM/ECF by clicking here. (USCA #23-30033) If you do not have access to the Electronic Download Feature of CM/ECF, please submit your request for the certified record on appeal to the District Court. (crt,WalkerSld, B) (Entered: 02/15/2024) |
| 03/25/2025 | 70 (p.1176) | MEMORANDUM ORDER of USCA as to 68 (p.1159) Notice of Appeal, filed by Firearms Policy Coalition Inc, Emily Naquin, Louisiana Shooting Association, Second Amendment Foundation, Caleb Reese granting Motion to extend the time to file a petition for rehearing filed by Appellees Bureau of Alcohol, Tobacco, Firearms, and Explosives, Mr. Steven Dettelbach and Mr. James R. McHenry III, Acting U.S. Attorney General until 4/16/25. Mandate issue date updated to 4/17/25 (crt,WalkerSld, B) (Entered: 03/26/2025) |
| 04/17/2025 | 71 (p.1178) | USCA JUDGMENT/MANDATE (certified copy) as to 68 (p.1159) Notice of Appeal, filed by Firearms Policy Coalition Inc, Emily Naquin, Louisiana Shooting Association, Second Amendment Foundation, Caleb Reese that the judgment of the |

| | | |
|---|---|---|
| | | District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. CASE REOPENED (USCA #23-30033) <br><br> IT IS FURTHER ORDERED that Appellees pay to Appellants the costs on appeal to be taxed by the Clerk of this Court. <br><br> (crt,WalkerSld, B) (Entered: 04/17/2025) |
| 05/06/2025 | 72 (p.1210) | MINUTE ENTRY: District Judge Telephone Status Conference set for 5/13/2025 03:00 PM by phone before Judge Robert R Summerhays. Call-in instructions will be sent to counsel via electronic mail prior to the conference. Signed by Judge Robert R Summerhays on 5/6/2025. (crt,Craig, C) (Entered: 05/06/2025) |
| 05/13/2025 | 73 (p.1211) | MINUTES for proceedings held before Judge Robert R Summerhays: TELEPHONE CONFERENCE held on 5/13/2025. At the joint request of the parties, the Court will stay entry of Judgment until after the deadline for filing a petition for a writ of certiorari has passed. On or before July 1, 2025, the parties are to submit a joint status report, informing the Court of the status of the Supreme Court proceedings and whether Judgment should be entered by this Court. (crt,Craig, C) (Entered: 05/13/2025) |
| 07/01/2025 | 74 (p.1212) | *Joint* STATUS REPORT by Merrick Garland, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo, Caleb Reese. (aty,Riess, Daniel) Modified filer on 7/2/2025 (Miletello, A). (Entered: 07/01/2025), (QC'ed on 07/02/2025, by Miletello , A) |
| 07/02/2025 | 75 (p.1214) | ORDER: On or before July 31, 2025, the parties are to submit a proposed judgment for the Court's consideration. As discussed at the telephone conference held on May 13, 2025, it is the Court's preference that the parties submit a joint proposed judgment. If the parties are unable to reach agreement as to the wording of the proposed judgment, they may separately submit their proposals. Signed by Judge Robert R Summerhays on 7/2/2025. (crt,Craig, C) (Entered: 07/02/2025) |
| 07/29/2025 | 76 (p.1215) | Unopposed MOTION for Extension of Time to Submit Proposed Judgment by All Defendants. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 7/29/2025. (Attachments: # 1 (p.20) Text of proposed order)(aty,Riess, Daniel) Modified docket text on 7/30/2025 (Miletello, A). (Entered: 07/29/2025), (QC'ed on 07/30/2025, by Miletello , A) |
| 07/29/2025 | | Motions Transferred regarding 76 (p.1215) Unopposed MOTION for Extension of Time to Submit Proposed Judgment. Motions referred to Judge Robert R Summerhays. (crt,Miletello, A) (Entered: 07/30/2025) |
| 07/30/2025 | 77 (p.1218) | ORDER granting 76 (p.1215) Unopposed MOTION for Extension of Time to Submit Proposed Judgment. Compliance Deadline set for 9/2/2025. Signed by Judge Robert R Summerhays on 7/30/2025. (crt,Taylor, L) (Entered: 07/30/2025) |
| 09/02/2025 | 78 (p.1219) | RESPONSE re 75 (p.1214) Order by Emily Naquin, Caleb Reese, Firearms Policy Coalition Inc, Second Amendment Foundation, Louisiana Shooting Association. (Attachments: # 1 (p.20) Proposed order)(aty,Thompson, David) Modified on 9/2/2025 to more accurately identify pleading (Miletello, A). (Entered: 09/02/2025), (QC'ed on 09/02/2025, by Miletello , A) |
| 09/02/2025 | 79 (p.1223) | RESPONSE re 75 (p.1214) Order by Merrick Garland, Bureau of Alcohol Tobacco Firearms & Explosives, Regina Lombardo. (Attachments: # 1 (p.20) Proposed order, |

| | | |
|---|---|---|
| | | # 2 (p.44) Memorandum / Brief)(aty,Riess, Daniel) Modified on 9/2/2025 to more accurately identify pleading (Miletello, A). (Entered: 09/02/2025), (QC'ed on 09/02/2025, by Miletello , A) |
| 09/04/2025 | 80 (p.1243) | MINUTE ENTRY: Any response from Plaintiffs to Defendants brief in support of its proposed judgment [see ECF No. 79-2] is DUE on or before September 19, 2025. Signed by Judge Robert R Summerhays on 9/4/2025. (crt,Craig, C) (Entered: 09/04/2025) |
| 09/19/2025 | 81 (p.1244) | RESPONSE in Opposition *to Defendants' Proposed Judgment and in Support of Plaintiffs' Proposed Judgment* by Emily Naquin, Caleb Reese, Firearms Policy Coalition Inc, Second Amendment Foundation, Louisiana Shooting Association . (aty,Thompson, David) Modified docket text on 9/19/2025 (Miletello, A). (Entered: 09/19/2025), (QC'ed on 09/19/2025, by Miletello , A) |
| 10/07/2025 | 82 (p.1263) | VACATED JUDGMENT. Within twenty-one (21) days of issuance of this Judgment, those Plaintiffs identified at paragraph 2(b) shall provide to Defendants a verified list of their members as of November 6, 2020. See PDF document for full judgment text. Signed by Judge Robert R Summerhays on 10/7/2025. (crt,Craig, C) Modified on 10/14/2025 to show VACATED. (Craig, C). (Entered: 10/07/2025) |
| 10/10/2025 | 83 (p.1265) | Joint MOTION to Amend/Correct 82 (p.1263) Judgment, with consent by Emily Naquin, Caleb Reese, Firearms Policy Coalition Inc, Second Amendment Foundation, Louisiana Shooting Association. Motions referred to Carol B Whitehurst. Motion Ripe Deadline set for 10/10/2025. (Attachments: # 1 (p.20) Proposed order Proposed Amended Judgment)(aty,Thompson, David) (Entered: 10/10/2025), (QC'ed on 10/10/2025, by Miletello , A) |
| 10/10/2025 | | Motions Transferred regarding 83 (p.1265) Joint MOTION to Amend/Correct 82 (p.1263) Judgment. Motions referred to Judge Robert R Summerhays. (crt,Miletello, A) (Entered: 10/10/2025) |
| 10/14/2025 | 84 (p.1270) | Upon consideration of the 83 (p.1265) Joint Motion to Alter or Amend the Judgment, IT IS HEREBY ORDERED that the Judgment of this Court issued on October 7, 2025 82 (p.1263) is VACATED. The Court will set a telephone conference at its earliest opportunity to: (1) set a hearing on the Motion to Alter or Amend Judgment, and (2) set a briefing schedule, if necessary. Signed by Judge Robert R Summerhays on 10/10/2025. (crt,Craig, C) (Entered: 10/14/2025) |
| 10/16/2025 | 85 (p.1271) | MINUTE ENTRY: A telephone conference is SET on Monday, October 27, 2025, at 1:00 p.m. (CST). Call-in instructions will be sent to counsel via electronic mail prior to the conference. Issued by Judge Robert R Summerhays on 10/15/2025. (crt,Craig, C) (Entered: 10/16/2025) |
| 10/23/2025 | 86 (p.1272) | MINUTE ENTRY: The Court has been advised that counsel for Defendants has been placed in furlough status due to the lapse in appropriations. Accordingly, the telephone status conference set on Monday, October 27, 2025 is CONTINUED and will be reset once defense counsel has returned to his duty station. Signed by Judge Robert R Summerhays on 10/23/2025. (crt,Craig, C) (Entered: 10/23/2025) |
| 12/05/2025 | 87 (p.1273) | MINUTE ENTRY:District Judge Telephone Conference set for 12/16/2025 2:00 PM before Judge Robert R Summerhays. Call-in instructions will be sent to counsel via electronic mail prior to the conference. Issued by Judge Robert R Summerhays on 12/5/2025. (crt,Taylor, L) (Entered: 12/05/2025) |
| 12/16/2025 | | |

| | | |
|---|---|---|
| | 88 (p.1274) | MINUTES for proceedings held before Judge Robert R Summerhays: TELEPHONE CONFERENCE held on 12/16/2025. A discussion was held regarding the language of a final judgment. The parties are to submit a new proposed judgment (or separate proposed judgments if they cannot agree as to the wording) in conformity with today's discussion on or before January 23, 2026. If necessary, the parties may submit supplemental briefs along with the proposed judgment(s). (crt,Craig, C) (Entered: 12/16/2025) |
| 01/23/2026 | 89 (p.1275) | PROPOSED JUDGMENT by Firearms Policy Coalition Inc, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation. (Attachments: # 1 (p.20) Proposed order Joint Proposed Judgment)(aty,Thompson, David) Modified on 1/26/2026 to capture motion event. (Crick, S). (Entered: 01/23/2026), (QC'ed on 01/26/2026, by Crick , S) |
| 01/23/2026 | | Set/Reset Deadlines as to 89 (p.1275) PROPOSED Judgment. Motion Ripe Deadline set for 1/23/2026. (crt,Crick, S) (Entered: 01/26/2026) |
| 01/27/2026 | 90 (p.1278) | JUDGMENT. Signed by Judge Robert R Summerhays on 1/27/2026. (crt,Craig, C) (Entered: 01/27/2026) |
| 01/27/2026 | | (Court only) ***Documents terminated: 83 (p.1265) Joint MOTION to Amend/Correct 82 (p.1263) Judgment, with consent filed by Firearms Policy Coalition Inc, Emily Naquin, Louisiana Shooting Association, Second Amendment Foundation, Caleb Reese, 89 (p.1275) PROPOSED Judgment filed by Firearms Policy Coalition Inc, Emily Naquin, Louisiana Shooting Association, Second Amendment Foundation, Caleb Reese.Judgment entered. (crt,Craig, C) (Entered: 01/27/2026) |
| 03/17/2026 | 91 (p.1280) | NOTICE OF APPEAL as to 90 (p.1278) Judgment by Firearms Policy Coalition Inc, Louisiana Shooting Association, Second Amendment Foundation. (Filing fee $605, receipt number ALAWDC-6647006) (aty,Thompson, David) (Entered: 03/17/2026), (QC'ed on 03/18/2026, by WalkerSld , B) |
| 03/25/2026 | | USCA Case Number 26-30154 for 91 (p.1280) Notice of Appeal filed by Firearms Policy Coalition Inc, Louisiana Shooting Association, Second Amendment Foundation. (crt,WalkerSld, B) (Entered: 03/26/2026) |
| 03/25/2026 | | Set Deadline for Clerk re 91 (p.1280) Notice of Appeal: Certify Appeal Record (26-30154) by Clerk to COA 4/9/2026. (crt,WalkerSld, B) (Entered: 03/26/2026) |
| 03/30/2026 | 92 (p.1282) | NOTICE OF CROSS APPEAL as to 90 (p.1278) Judgment by Bureau of Alcohol Tobacco Firearms & Explosives, Merrick Garland, Regina Lombardo. (Filed on behalf of USA - Filing Fee not required) (aty,Riess, Daniel) (Entered: 03/30/2026), (QC'ed on 03/30/2026, by WalkerSld , B) |
| 03/31/2026 | 93 (p.1284) | APPEAL TRANSCRIPT REQUEST by Firearms Policy Coalition Inc, Louisiana Shooting Association, Emily Naquin, Caleb Reese, Second Amendment Foundation Transcript Not Required (aty,Thompson, David) (Entered: 03/31/2026), (QC'ed on 03/31/2026, by WalkerSld , B) |

Reese et al v. Bureau of Alcohol Tobacco Firearms & Explosives et al (6:20-cv-01438-RRS-CBW)

26-30154.19

TAB 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

CALEB REESE *et al.*,

      Plaintiffs,

      : Civil Action No. 6:20-cv-01438

v.

      : Judge Summerhays

THE BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES *et al.*,

      : Magistrate Judge Whitehurst

      Defendants.

## JUDGMENT

In accordance with the Fifth Circuit's decision in *Reese v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 127 F.4th 583 (5th Cir. 2025) and this Court's December 16, 2025 telephonic status conference:

1. Judgment is entered for Plaintiffs on Count I of the operative complaint.

2. The Court hereby declares that 18 U.S.C. §§ 922(b)(1) and (c)(1), and their attendant regulations, are unconstitutional and violate the Second Amendment to the United States Constitution to the extent that those provisions prevent the sale or delivery of handguns and/or handgun ammunition to 18-to-20-year-olds on account of their age.

3. The Court therefore enjoins Defendants the Bureau of Alcohol, Tobacco, Firearms and Explosives, its Director, and the Attorney General of the United States, as well as their officers, agents, servants, employees, and all persons in active concert with them and who have actual notice of this Judgment from enforcing within the jurisdictional boundaries of the United States Court of Appeals for the Fifth Circuit (*i.e.*, Mississippi, Louisiana, and Texas), the provisions referenced in paragraph 2 against the Plaintiffs to this action or

1

26-30154.1278

anyone who is a member of one or more of the Plaintiffs as of the date of entry of this judgment.

4. Count II of the operative complaint is dismissed without prejudice as moot.

5. The parties shall bear their own costs and fees.

THUS DONE in Chambers on this 27th day of January, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

2

# TAB 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALEB REESE, *et al.*,** | : | |
| | : | |
| Plaintiffs, | : | **Civil Action No. 6:20-cv-01438** |
| | : | |
| v. | : | **Judge Summerhays** |
| | : | |
| **THE BUREAU OF ALCOHOL, TOBACCO,** | : | **Magistrate Judge Whitehurst** |
| **FIREARMS AND EXPLOSIVES, *et al.*,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Louisiana Shooting Association, Second Amendment

Foundation, and Firearms Policy Coalition, Inc. appeal to the United States Court of Appeals for

the Fifth Circuit from the Court's Judgment, Doc. 90, entered on January 27, 2026.


Dated:  March 17, 2026                          Respectfully submitted,

/s/ George J. Armbruster III                   /s/ David H. Thompson
George J. Armbruster III                       David H. Thompson*
LA Bar No. 23432                               Peter A. Patterson*
Armbruster & Associates, APLC                  William V. Bergstrom*
332 E. Farrel Road, Suite D                    COOPER & KIRK, PLLC
Lafayette, LA 70508                            1523 New Hampshire Ave., N.W.
Phone: 337-889-5511                            Washington, DC 20036
Fax: 337-889-5512                              Telephone: (202) 220-9600
Email: george@arm-assoc.com                    Email: dthompson@cooperkirk.com
Local Counsel                                  *Admitted *Pro Hac Vice*


                                               *Attorneys for Plaintiffs*


1

26-30154.1280

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that service of the foregoing will be accomplished via the CM/ECF system.

/s/ David H. Thompson
David H. Thompson

26-30154.1281

# TAB 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CALEB REESE *et al.*, ) | |
| ) | **Civil Action No. 6:20-cv-01438** |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); Daniel Driscoll, in his official capacity as Acting Director of ATF; and Pamela Bondi, in her official capacity as Attorney General of the United States[1] hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Judgment [ECF No. 90].

Dated:  March 30, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

  /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: (202) 353-3098

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Daniel Driscoll and Pamela Bondi are automatically substituted for their respective predecessors, Steven Dettelbach, Director of ATF; and Merrick Garland, Attorney General of the United States.

26-30154.1282

Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

2

26-30154.1283

# TAB 5

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court

for the United States Court of Appeals for the Fifth Circuit on June 22, 2026 by using

the appellate CM/ECF system and that service was accomplished on all counsel of

record by the appellate CM/ECF system.


Dated: June 22, 2026  /s/ David H. Thompson
David H. Thompson

*Counsel for Plaintiffs-Appellants/Cross-Appellees*