# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

FIREARMS POLICY COALITION, et al.,

                    Plaintiffs-Appellants/Cross-Appellees,

     v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.

                    Defendants-Appellees/Cross-Appellants.

No. 26-30154

## GOVERNMENT'S UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 26(b), the government respectfully requests a 30-day extension of the deadline for filing its initial brief in this case. This motion is unopposed.

1. This case involves an appeal and cross-appeal. Plaintiffs filed their opening brief on June 22, 2026. Under the current briefing schedule, the government's combined response brief and cross-appeal opening brief is due on July 22, 2026.

2. The government respectfully requests a 30-day extension of time, such that its initial brief will be due on August 21, 2026. The government has not previously sought an extension of time in this case.

3. The requested extension is necessary in light of other deadlines faced by government counsel. Steven Hazel has principal responsibility for preparing the government's brief in this case. Mr. Hazel also has principal responsibility for preparing the government's briefs in *USPS v. Postal Regulatory Comm'n*, 25-1289 (D.C. Cir.) (response brief due on July 13) and *Epstein v. Container Store*, 26-20166 (5th Cir.) (opening brief due on July 22). Mr. Hazel is also responsible for multiple time-sensitive internal matters.

4. Brad Hinshelwood is the attorney with supervisory responsibility for the government's brief in this case. Mr. Hinshelwood also has supervisory responsibility for the following matters with deadlines within the briefing period, among others: *PFLAG, Inc. v. Trump*, No. 25-1279 (4th Cir.) (reply brief due on June 29); *Democratic Senatorial Campaign Committee v. Trump*, No. 26-5193 (D.C. Cir.) (expedited response brief due June 29); *Goad v. United States*, No. 26-7021 (10th Cir.) (response brief due on July 8); *Guertin v. United States*, No. 26-5033 (D.C. Cir.) (response brief due on July 10); *NY Times v. DoD*, No. 25-5113 (D.C. Cir.) (opening brief due on July 14); *Mellon-Reppen v. United States*, No. 26-1495 (6th Cir.) (opening brief due on July 22).

5. Counsel for plaintiffs have indicated that plaintiffs do not oppose the relief requested in this motion.

Respectfully submitted,

BRAD HINSHELWOOD

/s/ Steven H. Hazel
STEVEN H. HAZEL

*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
(202) 514-2498

June 25, 2026

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 327 words, according to the count of Microsoft Word.

/s/ Steven H. Hazel
STEVEN H. HAZEL