# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 11, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-30154    Firearms Policy Coaltn v. Bur of Alcohol
                 USDC No. 6:20-CV-1438

As Todd Wallace Blanche has been confirmed as United States Attorney General, attached is a revised case caption, which should be used on all future filings in this case.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Rebecca L. Leto, Deputy Clerk
    504-310-7703

cc:  Mr. George J. Armbruster III
     Mr. William V. Bergstrom
     Mr. Steven H. Hazel
     Mr. Daniel J. McCoy
     Mr. Peter A. Patterson
     Mr. Daniel M. Riess
     Mr. David H. Thompson

_____

Case No. 26-30154

_____

Firearms Policy Coalition, Incorporated; Second Amendment
Foundation; Louisiana Shooting Association,

                Plaintiffs - Appellants/Cross-Appellees

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Daniel
Driscoll, Acting Director, U.S. Bureau of Alcohol, Tobacco,
Firearms, and Explosives; Todd Wallace Blanche, U.S. Attorney
General,

                Defendants - Appellees/Cross-Appellants