**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| FIREARMS POLICY COALITION, et al.,<br><br>Plaintiffs-Appellants/Cross-Appellees,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.<br><br>Defendants-Appellees/Cross-Appellants. | No. 26-30154 |

**UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 26(b), the government respectfully requests a 14-day extension of the deadline for filing its initial brief in this case. This short extension is appropriate to enable the parties to discuss a negotiated resolution to this case. This motion is unopposed.

1. This case involves an appeal and cross-appeal. Plaintiffs filed their opening brief on June 22, 2026. Under the current briefing schedule, the government's combined response brief and cross-appeal opening brief is due on September 21, 2026.

2. The government respectfully requests a 14-day extension of time, such that its initial brief would be due on October 5, 2026. The government previously obtained two extensions of time based on other filing deadlines faced by government counsel.

3. A modest extension of the briefing deadline is appropriate to facilitate a possible negotiated resolution of this case. The government expects that a short

extension would enable the parties to discuss potential paths forward that would render further litigation in this court unnecessary. To provide time for that discussion, and to avoid any unnecessary expenditure of resources by the Court or the parties, the government respectfully submits that a short extension is warranted.

4. Counsel for plaintiffs have indicated that plaintiffs do not oppose the relief requested in this motion.

Respectfully submitted,

BRAD HINSHELWOOD

*/s/ Steven H. Hazel*
STEVEN H. HAZEL

*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
(202) 514-2498

September 17, 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 223 words, according to the count of Microsoft Word.

*/s/ Steven H. Hazel*
STEVEN H. HAZEL