# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 21, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-30154 Firearms Policy Coaltn v. Bur of Alcohol
USDC No. 6:20-CV-1438

The court has granted an extension of time to and including October 5, 2026 for filing appellees/cross-appellants briefs in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: S. Rasheed
Shatyra Rasheed, Deputy Clerk
504-310-7646

Mr. George J. Armbruster III
Mr. William V. Bergstrom
Mr. Steven H. Hazel
Mr. Peter A. Patterson
Mr. Daniel M. Riess
Mr. David H. Thompson