IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

FIREARMS POLICY COALITION, INCORPORATED, et al.
Plaintiffs-Appellants/Cross-Appellees,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLSOIVES, et al.

Defendants-Appellees/Cross-Appellants.

No. 26-30154

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS THE GOVERNMENT's APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), the government respectfully moves to voluntarily dismiss its appeal in this case, with each party to bear its own costs. Counsel for plaintiffs have authorized us to represent that they consent to this motion.

Respectfully submitted,

BRAD HINSHELWOOD

*/s/ Steven H. Hazel*
STEVEN H. HAZEL
(202) 514-2498
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7217
Washington, D.C. 20530
Steven.H.Hazel@usdoj.gov
*Counsel for Appellants*

*October 5, 2026*

**TYPE-VOLUME CERTIFICATE**

I hereby certify that this motion complies with the type-volume requirements because it was prepared in Times New Roman, a proportionally-spaced font, and contains 50 words according to the count of Microsoft Word.

*/s/ Steven H. Hazel*
Steven H. Hazel

## CERTIFICATE OF SERVICE

I certify that on October 5, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Steven H. Hazel*
Steven H. Hazel