# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 7, 2026

Thomas B. Plunkett, III
Clerk

---

No. 26-30154

---

Firearms Policy Coalition, Incorporated; Second Amendment Foundation; Louisiana Shooting Association,

*Plaintiffs—Appellants/Cross-Appellees*,

*versus*

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Daniel Driscoll, *Acting Director, U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives*; Todd Wallace Blanche, *U.S. Attorney General*,

*Defendants—Appellees/Cross-Appellants*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:20-CV-1438

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the cross-appeal, No. 26-30181, is dismissed as of October 07, 2026, pursuant to cross-appellants' motion.

THOMAS B. PLUNKETT, III
Clerk of the United States Court
of Appeals for the Fifth Circuit

S. Rasheed

By: ______________________________
Shatyra Rasheed, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT