# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**


**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


October 07, 2026

Mr. George J. Armbruster III
Armbruster & Associates, A.P.L.C.
332 E. Farrel Road
Suite D
Lafayette, LA 70508

Mr. William V. Bergstrom
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. Steven H. Hazel
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Peter A. Patterson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

Mr. Daniel M. Riess
U.S. Department of Justice
Civil Division Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Mr. David H. Thompson
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Washington, DC 20036

No. 26-30154 Firearms Policy Coaltn v. Bur of Alcohol
USDC No. 6:20-CV-1438

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case. Cross-appeal case was terminated.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: S. Rasheed
Shatyra Rasheed, Deputy Clerk
504-310-7646

___________

Case No. 26-30154

___________

Firearms Policy Coalition, Incorporated; Second Amendment Foundation; Louisiana Shooting Association,

Plaintiffs - Appellants

v.

Bureau of Alcohol, Tobacco, Firearms, and Explosives; Daniel Driscoll, Acting Director, U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives; Todd Wallace Blanche, U.S. Attorney General,

Defendants - Appellees