**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| FIREARMS POLICY COALITION, et al.,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al.<br><br>Defendants-Appellees. | No. 26-30154 |

## UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE

Pursuant to Federal Rule of Appellate Procedure 26(b), Plaintiffs-Appellants respectfully request a 9-day extension of the deadline for filing their reply brief in this case, to November 4, 2026. In support Plaintiffs-Appellants state:

1. Plaintiffs filed their opening brief in this appeal on June 22, 2026. After seeking and receiving multiple extensions of time to file a response brief, the government filed its response brief on October 5, 2026.
2. Simultaneous with the filing of its response brief, the government filed an unopposed motion to dismiss its cross-appeal (while keeping Plaintiffs' primary appeal in place), which the Court granted. *See* Unopposed Motion for Partial Dismissal, Doc. 52 (Oct. 5, 2026); Clerk Order, Doc. 57 (Oct. 7, 2026).

3. Due to the dismissal of the government's cross-appeal, Plaintiffs' second brief in this case will be a reply brief, due on October 26, 2026. Previously, it would have been a response/reply due 9 days later, on November 4, 2026.
4. Plaintiffs' counsel faces a series of other deadlines and professional obligations between now and the end of October, including multiple appellate briefs and an oral argument in the Seventh Circuit on October 28, 2026. To accommodate those deadlines, and to align the case schedule with the deadlines that existed prior to the dismissal of the government's cross appeal, Plaintiffs' counsel respectfully requests a 9-day extension of the reply brief deadline.
5. Counsel for the government consents to the requested extension.

Dated: October 8, 2026

Respectfully submitted,


/s/ David H. Thompson
David H. Thompson
*Counsel of Record*
Peter A. Patterson
William V. Bergstrom
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com

George J. Armbruster, III
ARMBRUSTER & ASSOCIATES, APLC
332 E. Farrel Road, Suite D
Lafayette, LA 70508
(337) 889-5511
george@arm-assoc.com

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit on October 8, 2026 by using the appellate CM/ECF system and that service was accomplished on all counsel of record by the appellate CM/ECF system.

Dated: October 8, 2026

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to FED. R. APP. P. 32(g), I certify that this motion complies with the type-volume limitation of FED. R. APP. P. 27(d)(1)(E) because this brief contains 238 words.

This motion also complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in Times New Roman 14-point font.

Dated: October 8, 2026

Respectfully submitted,

/s/ David H. Thompson
David H. Thompson

*Counsel for Plaintiffs-Appellants*